No. D–256.   IN RE DISBARMENT OF DEFRANCIS.   Disbarment entered.   [For earlier order herein, see 455 U. S. 902.]

No. D–268.   IN RE DISBARMENT OF CYPHERS.   It is ordered that Phillip L. Cyphers, of Pasadena, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–269.   IN RE DISBARMENT OF BROWN.   It is ordered that Callis N. Brown, of Teaneck, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–270.   IN RE DISBARMENT OF MORITZ.   It is ordered that Andrew Bruce Moritz, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–271.   IN RE DISBARMENT OF WAJERT.   It is ordered that John M. Wajert, of Phoenixville, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–272.   IN RE DISBARMENT OF LANGKAM.   It is ordered that Leonard Langkam, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.